| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | IN THE |
| | * | **COURT OF APPEALS** |
| | * | **OF MARYLAND** |
| **v.** | * | **Misc. Docket AG No. 97** |
| **CHRISTIAN L. SIMPSON** | * | **September Term, 2020** |

## O R D E R

Upon consideration of the Joint Petition for 45-Day Suspension by Consent, filed by the Attorney Grievance Commission of Maryland and the Respondent, Christian L. Simpson, pursuant to Maryland Rule 19-736, in which the Respondent admits that he violated Rules 1.1, 1.3, 1.4, 1.16, 8.1(a) and (b), and 8.4(c) of the Maryland Attorneys' Rules of Professional Conduct, it is this 4th day of June, 2021

**ORDERED**, by the Court of Appeals of Maryland, four members of the Court concurring, that the Respondent, Christian L. Simpson, be, and he hereby is, suspended from the practice of law for a period of 45 days, effective thirty (30) days from the date of the entry of this Order; and it is further

**ORDERED**, that on July 6, 2021, the Clerk of this Court shall remove the name Christian L. Simpson from the registry of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in the State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Mary Ellen Barbera
Chief Judge

Suzanne C. Johnson, Clerk